UNITED STATES TRUST COMPANY OF NEW YORK v.
STATE OF NEW JERSEY.

May 28, 1975. Certification to Superior Court, Law Division is granted. (See 134 *N. J. Super.* 124)

UNITED STATES TRUST COMPANY OF NEW YORK v.
STATE OF NEW JERSEY.

May 28, 1975. Cross-motion for certification to Superior Court, Law Division, is granted. (See 134 *N. J. Super.* 124)

JOHN DUNNE v.
FIREMAN'S FUND AMERICAN INSURANCE CO.

June 4, 1975. Certification to Superior Court, Chancery Division is granted.

ROBERT E. SCHAAD v. OCEAN GROVE CAMP MEETING ASSOCIATION OF THE UNITED METHODIST CHURCH.

June 4, 1975. Certification to Superior Court, Law Division is granted.

BRUCE S. BERGER v. STATE OF NEW JERSEY.

June 26, 1975. Certification to Superior Court, Chancery Division is granted.